IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BOBBY ALLRED**                                                                                   **PETITIONER**

v.                                           No. 4:21CV148-DMB-JMV

**TIMOTHY MORRIS**                                                **RESPONDENT**

**ORDER *GRANTING* PETITIONER'S REQUEST [12]
FOR A COPY OF HIS PETITION AND TRANSFER ORDER**

This matter comes before the court on the motion [12] by the petitioner for a copy of his petition and order transferring this case to the Fifth Circuit Court of Appeals. The motion [12] is **GRANTED**; the Clerk of the Court is **DIRECTED** to mail the petitioner a copy of those documents.

**SO ORDERED**, this, the 4th day of April, 2022.

                                                 /s/    Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE